# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2620 Disciplinary Docket No. 3 |
| | : | |
| IVAN STEWART DeVOREN | : | No. 103 DB 2019 |
| | : | |
| | : | (Allegheny County Court of Common |
| | : | Pleas, Criminal Division, Nos. CP-02-CR- |
| | : | 4521-2018 and CP-02-CR-4522-2018) |
| | : | |
| | : | Attorney Registration No. 60727 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of July, 2019, the Rule to Show Cause is discharged. Upon consideration of the Joint Petition for Temporary Suspension, Respondent Ivan Stewart DeVoren is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) is specifically preserved.